# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, Plaintiff, vs. ANTHONY SALOME, Defendant. | **HEARING MINUTES** Sealed: No |
|---|---|
| | Case No.: 24-MJ-233-KEM |
| | Presiding Judge: Mark A. Roberts, Magistrate Judge (via Zoom) |
| | Deputy Clerk: jag |
| | Official Court Record: FTR Gold   Contract? -- |
| | Contact Information: -- |

| Date: | 11/15/2024 | Start: | 11:40 a.m. | Adjourn: | 11:46 a.m. | Courtroom: | SC First Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? | No |
| Appearances: | Plaintiff: | AUSA Jack Lammers | | | | | | |
| | Defendant: | AFPD Timothy Herschberger (defendant appears personally) | | | | | | |
| | U.S. Probation: | Samuel Peterson | | | | | | |
| | Interpreter: | | Language: | | Certified: | | Phone: | |

| TYPE OF PROCEEDING: | INITIAL APPEARANCE: | X | AND/OR | ARRAIGNMENT: | |
|---|---|---|---|---|---|

| | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|
| Charging District's Documents: | Indictment and Warrant filed in District of Kansas on 1/23/2024. | | | |
| Was defendant *Mirandized*? | Yes | | | |
| Counsel: | Retained: | or Appointed: X | FPD/Other: | Timothy Herschberger |
| Did the government move for detention? | Yes | Was the defendant detained? | Yes | |
| Was a detention hearing set? | No | Date: | | |
| Was a preliminary hearing set? | No | Date: | | |
| **Witness/Exhibit List is** | -- | | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | |
| Miscellaneous: | The parties consent to Judge Roberts appearing via Zoom. Defendant waives his right to an identity hearing and any detention hearing in this district. Mr. Herschberger indicates the defendant is not entitled to a preliminary hearing. Defendant is advised of his rights under the Due Process Protections Act. The Government's oral motion for detention is granted. Court orders Commitment to the District of Kansas. Orders to follow. | | | |