IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 24-MJ-233-KEM |
| vs. | **ORDER OF DETENTION** |
| ANTHONY SALOME, | |
| Defendant. | |

At Defendant's initial appearance hearing, the United States orally moved to detain Defendant pending trial (Doc. 5). Doc. 4. Defendant waived hearings orally on the record and by filing a written waiver of hearings. Docs. 5-6.

Based on Defendant's waiver, the court **GRANTS** the Government's oral motion for detention (Doc. 5) and orders Defendant be detained pending trial or further order of the court.[1]

**SO ORDERED** on November 15, 2024.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa

---

[1] Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.