# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-mj-00233 |
| Anthony Salome | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthony Salome.

Date: 11/15/2024

/s/ Timothy Herschberger
*Attorney's signature*

Timothy Herschberger
*Printed name and bar number*

701 Pierce Street, Suite 400
Sioux City, IA 51101

*Address*

Timothy_Herschberger@fd.org
*E-mail address*

(712) 252-4158
*Telephone number*

(712) 252-4194
*FAX number*